No. 494, Misc.  GUSICK *v.* ARIZONA.  Supreme Court of Arizona.  Certiorari denied.  *Wm. Scott Stewart* for petitioner.  *Robert Morrison,* Attorney General of Arizona, and *James H. Green, Jr.,* First Assistant Attorney General, for respondent.

No. 496, Misc.  SAMET *v.* OKLAHOMA.  C. A. 10th Cir. Certiorari denied.

No. 527, Misc.  BLAKE *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 528, Misc.  DANIELS *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 532, Misc.  MILLER *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 533, Misc.  CANTER *v.* WARDEN, MARYLAND HOUSE OF CORRECTION.  Court of Appeals of Maryland.  Certiorari denied.

No. 535, Misc.  BLACK *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 536, Misc.  ASH *v.* NASH, WARDEN.  Supreme Court of Missouri.  Certiorari denied.

No. 537, Misc.  LYLE *v.* BANGOR & AROOSTOOK RAILROAD Co.  C. A. 1st Cir.  Certiorari denied.